UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DEVORAH RAVITZ, individually and on
behalf of all others similarly situated,
              Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; AMERICREDIT FINANCIAL
SERVICES, INC. d/b/a GM Financial; and
JOHN DOES 1–25,
              Defendants.

-------------------------------------------------------------x

**ORDER OF PARTIAL**
**DISMISSAL**

19 CV 10908 (VB)

       The Court has been advised plaintiff and defendant Experian Information Solutions, Inc. have settled. Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Experian Information Solutions, Inc., and without prejudice to the right to restore the action as to defendant Experian Information Solutions, Inc., provided the application to restore the action is made no later than March 11, 2020. To be clear, any application to restore the action as to defendant Experian Information Solutions, Inc. must be filed by March 11, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All scheduled conferences or other scheduled court appearances are cancelled as to defendant Experian Information Solutions, Inc., only.

       The Clerk is instructed to terminate defendant Experian Information Solutions, Inc.

Dated: February 10, 2020
      White Plains, NY

                     SO ORDERED:

                     _____
                     Vincent L. Briccetti
                     United States District Judge