UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBORAH RAVITZ, individually and on behalf
of all other similarly situated,
         Plaintiff,

**ORDER**

v.

19 CV 10908 (VB)

AMERICREDIT FINANCIAL SERVICES,
INC. d/b/a GM FINANCIAL and
JOHN DOES 1–25,
         Defendants.
------------------------------------------------------------x

       On January 30, 2020, defendant Americredit Financial Services Inc. d/b/a GM Financial ("GMF") moved to compel arbitration and stay this case. (Doc. #21). Plaintiff, who is represented by counsel, had until February 13, 2020, to oppose the pending motion. See Local Rule 6.1(b).

       On February 14, 2020, plaintiff's counsel requested a 30-day extension of time to oppose the motion. (Doc. #27). By Order that day, the Court granted the request. (Doc. #28). Accordingly, plaintiff had until March 13, 2020, to oppose the motion. (Id.).

       To date, plaintiff has not opposed the pending motion.

       Reluctantly, the Court sua sponte extends to March 26, 2020, plaintiff's time to oppose the motion. **If plaintiff does not oppose the motion by March 26, 2020, the Court will deem the motion fully submitted and unopposed.**

       If plaintiff opposes the motion, GMF's reply will be due April 2, 2020.

Dated: March 19, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge