UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEVORAH RAVITZ, individually and
on behalf of all others similarly situated,
      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; AMERICREDIT
FINANCIAL SERVICES, INC. d/b/a
GM Financial; and JOHN DOES 1–25
      Defendants.
-------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 10908 (VB)

  The Court has been advised that plaintiff and the remaining defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar as against GM Financial only, provided the application to restore the action is made by no later than May 19, 2020. To be clear, any application to restore the action as against GM Financial must be filed by May 19, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

  All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

  The Clerk is instructed to close this case.

Dated: March 20, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge